SHEPHARD
v.
MERRIL.

SHEPHARD *against* P. and J. MERRIL.

After publication passed, and cause set down for hearing, the plaintiff will not be allowed to amend his bill, by adding new charges; but may file a supplemental bill, on payment of the costs since publication.

*August* 24.

PETITION of plaintiff, stating the *gravamen* intended to be set forth in the original bill. That upon the hearing the Chancellor denied relief to the plaintiff upon the bill as framed, but granted a rehearing. That the mistake in the agreement set forth in the bill was not stated; and praying for leave to amend the bill, so as to set forth the mistake, or to exhibit a supplemental bill for the purpose.

*Gold*, for the plaintiff.

*Storrs*, contra.

THE CHANCELLOR. It is a settled rule of practice, that a bill defective in its charges cannot be amended after publication; and cause set down, and especially after hearing, by adding new charges. Such defects can only be supplied by a supplemental bill. (*Goodwin* v. *Goodwin*, 3 *Atk.* 370. *Jones* v. *Jones*, 3 *Atk.* 111. *Vide*, also, 3 *Atk.* 133. *Cooper's Eq. Pl.* 73, 333, 334. *Newland's Pr.* 82.) Leave to file a supplemental bill in this case is granted, on paying to the defendants their costs subsequent to the rule for passing publication.(*a*.)

(*a*) Vide *Beekman* v. *Waters*, *ante*, p. 410.